IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD VROOMAN,
*by next friend R. KOENIG,*

        Petitioner,

    v.

JOHN T. MERCER; PAT GARRETT;
and T. KEMPTON,

        Respondents.

Case No. 3:17-cv-00138-KI

JUDGMENT

KING, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

    DATED this __31st__ day of January, 2017.

                                                  /s/ Garr M. King
                                                Garr M. King
                                                United States District Judge