Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

1          On Oregon IN THE UNITED STATES DISTRICT COURT   FILED05 JUN '17 10:40USDC-ORP

2          FOR THE DISTRICT OF OREGON seeking jurisdiction!

3    Ronald Charles Vrooman                           )

4    Party for Plaintiff Pro se and                 )    *Case number: Every case that I*

5    Ronald Charles Vrooman Private Attorney    )    *have filed into Federal District*

      Generals by the United States Congress 42

6    U.S.C.1988 and18 U.S.C.1510 and 18 U.S.C.   )    *Court Portland Oregon or*

7    1512 and to be known as "One of the People"   )    *courthouse 740 by all its names*

      also "Qualified Criminal Investigator" and

8    "Federal Witness" and by unrebutted affidavit.   )    *and the Portland location.*

      Status identified and unrebutted.

9                                                         *Failure to provide due process*

10                                            *and violations of inalienable, civil*

11    Vrs.                                       *and human rights and RICO. Are*

12                                             *violations of 18 USC 3571. Not*

      The corporate governance (s) being

13   manifested within this court and among its       *abiding by governing law is a due*

      employees by name and title...

14                                                           *process violation.*

15

16

17

18

19

20

21

22

23

24

1 of 5

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

25 Notice to all Deputy Clerks and Clerk of the Court. You may seek input
26 from the judiciary. I cannot as they have yet to provide proof of
27 jurisdiction and bona fides.

28 Challenging Color legal fiction; with full faith and credit this below
29 applies to Oregon and federal corporate governances.

30 https://scannedretina.com/2014/11/09/california-brown-act-government-
31 code-section-54950-54963/ !

32 **California Brown Act – Open Meetings Act**

33 Excerpt:

34

```
35 54950.  In enacting this chapter, the Legislature finds and declares
36 that the public commissions, boards and councils and the other
37 public agencies in this State exist to aid in the conduct of the
38 people's business. It is the intent of the law that their actions be
39 taken openly and that their deliberations be conducted openly.
40   The people of this State do not yield their sovereignty to the
41 agencies which serve them. The people, in delegating authority, do
42 not give their public servants the right to decide what is good for
43 the people to know and what is not good for them to know. The people
44 insist on remaining informed so that they may retain control over the
45 instruments they have created.
```
46

47 There are several cases filed, with docket numbers, by me. There are
48 also filings by me into Bundy et al. that are included.

49 In the spirit of friendship and brotherly love, I propose that all the improper actions or ones that I
50 or this court could have misconstrued as improper by me, the clerks and judiciary in this court
51 known as Federal District Court of Portland Oregon and the man Ronald Charles Vrooman
52 known by act of Congress to be one of the people, be put aside and each case examined together
53 to determine any deficiencies in the paper work in chronological order.

54  In the quest for harmony and remedy.

55 With full faith and credit I do this under ORCP20A.

56 I claim, give notice and demand. I do not plea, petition, request, motion or supplicate.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

57 Case filings into a court of record were removed by Brown's directions to the clerks in the
58 Bundy et al. case. Provide proof of the governing law that enabled that act. Or by your silence
59 you acquiesce. There is no law that permits her actions making the removal null and void. Thus
60 the filings are active and need to be properly and lawfully dealt with...There is 30 days to comply
61 or by your silence acquiesce to wrongful action by Brown in Bundy et al. Wrongful action is a
62 due process violation.

63 Prior to that time I submitted a Notice and Demand to Mary clerk of court. It is unanswered to
64 this date. Answer this document or by your silence you acquiesce to the document in 30 days
65 from the registered date stamped on this copy. Due process violations.

66 This court thru its clerks and judiciary has neglected to abide by governing law. I have itemized
67 proof. Agree to abide by governing law now and in the future or by your silence you acquiesce
68 to your failure to do so. You have 30 days. Each failure is a due process violation acknowledged
69 by your default. Incontrovertible evidence in the DC Claims court.

70 This court owes me $800.00 in FRN that were erroneously collected and not returned when
71 required to do so. I have the bogus excuse of no method to do so. That is insulting to me! Send to
72 me $800.00 in FRN, check or Postal money order in 30 days from the registered date stamped on
73 this copy. Or by your silence you acquiesce to your culpability of due process violation. 18 USC
74 3571 at 250K penalty.

75 This court transferred cases to Eugene in error. McShane in Eugene, was identified as an Article
76 III judge, has failed to provide proof. In addition to not providing evidence of his bona fides and
77 jurisdiction, he demanded money and after being informed that no money was due to him or the
78 court, he wrote and order, without jurisdiction filed in writing into the record, relieving an
79 attorney for the Beaverton School District of discovery. Provide a correction letter to that
80 attorney and to me that he was in error. Or by your silence acquiesce to your due process
81 violation at 250K penalty. You have 30 days.

82 There is a Habeas Corpus filed into this court, on my behalf and assumed by me, which is still
83 hanging undetermined. There are due process and a speedy requirement, in the governing laws,
84 in place. The governing laws are being ignored. Part of this Habeas Corpus is a 2nd amendment
85 violation by John Mercer, a self identified judge with no known bona fides or jurisdiction
86 provided, this and other errors must be attended to. Or by your silence you acquiesce to my
87 demands in the Habeas Corpus. After 30 days this copy will become a court order nullifying my
88 conviction in the Beaverton Municipal Court. The receipt stamp on this document filed into this
89 court with a recorded stamp and 30 days will be all the proof needed, to be entered into any court
90 as proof of nullification of UC 7945181. Without equivocation, mental reservation or secret
91 evasion.

92   There is no charge for file on demand as all my documents are.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

93   Many of the actions looks like entrapment to me, as this court has been challenged to provide
94   proof of jurisdiction filed into the record of this court and it has not done this. I am in pro se
95   only when you can provide a court. It is guaranteed by the Constitution whichever one you
96   took your oath on/to. t(T)he u(U)nited States of/for America they all say the same thing it is
97   just word art and fraud upon the people and I am known as One of the People. In legislation
98   it is intent that counts.

99    I do lawful not legal and supply my best effort. If there is deficiencies in my papers please
100   inform me and I will correct them. That's the governing law. I will not however, accept
101   jurisdiction without your proof. That's the governing law. I don't have the BAR or FARA
102   identification that the judges and magistrates and attorneys in this court are required to have and
103   is now demanded of all those so identified in their employment or professional records. My
104   status is clear and this court knows it. That's the governing law. In writing address me as an
105   Oregonian an American State National with all of my guaranteed rights not a US citizen. That is
106   settled case law. After 30 days this copy will become a court order valid in any court. The receipt
107   of this document into this court with a recorded stamp on my copy will be all the proof needed,
108   plus 30 days to be entered into any court or corporate governance department or agency, such as
109   the State Department in DC; as proof of my nationality; Oregonian a state National of the united
110   States of America with all rights reserved.

111   I demand that this court/courthouse 740/clerk of the court protect my inalienable rights, civil
112   rights and due process. In each and every instance!

113   Such as: with full faith and credit clause in force.

114   Article [the] VI of the Constitution of the United States for the United States of America,
115   Anno Domini 1789, with Articles of Amendment Anno Domini 1791:
116   1 Oath of Office (Art. IXI Sec. 3, Cal. Const; 4 U.S.C. 101) (Prior to 1 July, 2009 to Present
117   time).
118   2 Letter of Appointment form if applicable or,
119   3 Registration Statement (Title 22 U.S.C. § 611 & 612). (Re: foreign agent/propagandist
120   registration)
121   4 Delegation of Authority Affidavit
122   5 Employee Affidavit if applicable
123   6 Official Surety Bond (per inter-alia Cal. Govt. Code Sect. 1450-1463.)
124   7 Registration Statement (Title 22 U.S.C. § 611 & 612). (Re: foreign agent/propagandist
125   registration)
126   8 Loyalty and Security Clearance (Title 22 U.S.C. 272b).
127   9 Certification of Election form if applicable.
128   10 State Statement of Economic Interest Form.
129   11 License to practice law endorsed with oath required under Section 6067 of the California
130   Business and Professions Code.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

131    12 Pocket Commission.
132    13 Full Financial Disclosure!

133    I have informed Matt, Eric, Christy, Charlene and Mary and notice to the agent is notice to
134    the agency. Accardi and Clearfield Doctrines and ex parte Milligan are in Play. It seems that
135    the oaths to the Constitution are being ignored. Whichever Constitution you place on the
136    table it does not obscure the 4 corner rule and the Original founding documents intent.

137    It is not necessary for me to print over and over again facts and law and statutes and case law.
138    It is time for you folks to TAKE HEED.

139    Without the State of Oregon without the county of Washington signed & sworn before me    6/2/17

Ronald Charles Vrooman on Oregon within the United States of America June 2, 2017

OFFICIAL SEAL
TALA ARETA JONES
NOTARY PUBLIC - OREGON
COMMISSION NO. 939009
MY COMMISSION EXPIRES JUNE 2, 2019